NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONDA KAYE HUBBARD,**

*Plaintiff-Appellant*

**v.**

**KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT, KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, KANCARE, ROGER FINCHER, Fincher Law Injury & Accident Lawyers, SOCIAL SECURITY ADMINISTRATION, KANSAS DEPARTMENT OF LABOR, KANCARE CLEARINGHOUSE, KANSAS DEPARTMENT OF AGING AND DISABILITY SERVICES, OFFICE OF ADMINISTRATIVE HEARINGS, GRACEMED CLINIC, KU CAMPUS ST. FRANCIS, STORMONT-VAIL,**

*Defendants-Appellees*

---

2025-1284

---

Appeal from the United States District Court for the District of Kansas in No. 5:24-cv-04077-DDC-RES, Judge Daniel D. Crabtree.

---

Before TARANTO, WALLACH, and CUNNINGHAM, *Circuit Judges.*

2        HUBBARD v. KANSAS DEPARTMENT OF HEALTH AND
ENVIRONMENT

PER CURIAM.

**O R D E R**

Ronda Kaye Hubbard filed a complaint naming multiple defendants, including federal, state, and nongovernmental entities. She alleged violations of 42 U.S.C. §§ 1983 and 1985 and sought $166 million, medical treatment, insurance, and protection for herself and family members. The district court dismissed, and Ms. Hubbard filed an appeal directed to this court. On February 20, 2025, this court directed the parties to show cause why this case should not be dismissed or transferred for lack of jurisdiction. The only party to respond, the Social Security Administration, urges this court to transfer to the United States Court of Appeals for the Tenth Circuit.

This court's jurisdiction to review district court cases is generally limited to cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2). This case is outside of that limited subject matter jurisdiction. We may transfer to another court, if it is in the interest of justice, where "the action or appeal could have been brought at the time it was filed." 28 U.S.C. § 1631. Here, the court concludes it appropriate to transfer to the United States Court of Appeals for the Tenth Circuit.

Accordingly,

IT IS ORDERED THAT:

HUBBARD v. KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT

3

The appeal and all its filings are transferred to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 22, 2025
Date